NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICOH USA, INC.,**
*Appellant*

**v.**

**DEPARTMENT OF THE ARMY,**
*Appellee*

---

2017-1859

---

Appeal from the Armed Services Board of Contract Appeals in No. 59408, Administrative Judge Michael T. Paul.

---

**JUDGMENT**

---

NICOLE PICARD, Hogan Lovells US LLP, Washington, DC, argued for appellant. Also represented by THOMAS LEO MCGOVERN, III.

BARBARA E. THOMAS, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* WALLACH and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| April 6, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |